**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 99-21198
Summary Calendar

VERETTA K. WHITEHEAD,

Plaintiff-Appellant,

versus

THE HOUSTON LIGHTING & POWER
COMPANY; HOUSTON INDUSTRIES,
INC.,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-3931)

May 26, 2000

Before POLITZ, WIENER, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Varetta K. Whitehead appeals an adverse summary judgment in her race discrimination complaint against her employer. Our review of the record, briefs, and controlling law persuades that the district court did not err in its grant of summary judgment to defendants. Accordingly, on the basis of the facts as detailed, authorities cited, and analysis made by the district court in its

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

comprehensive and thorough Memorandum and Order signed and filed on December 10, 1999, the judgment appealed is AFFIRMED.